Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED 'M 4:31
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

AEGIS SECURITY INSURANCE COMPANY, a Pennsylvania Corporation, Plaintiff,
vs
MARK J. MCINTYRE, an individual; QAMAR S. KHAN, an individual, Defendants

**SUMMONS IN A CIVIL ACTION**
Case No.

'08 CV 1501 H AJB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

R. Michael Jordan, Esq. S/B #108000 / David M. Plouff, Esq. S/B #157028
Munro Smigliani & Jordan, LLP 655 West Broadway, Suite 840, San Diego, CA 92101-8482
(619) 237-5400 Phone / (619) 238-5597 Fax

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                              AUG 1 5 2008
                                                    DATE

By _____, Deputy Clerk

Summons in a Civil Action                                    Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)