R. Michael Jordan, Esq. (SBN 108000)
mjordan@msjlaw.com
David M. Plouff, Esq. (SBN 157026)
dplouff@msjlaw.com
MUNRO SMIGLIANI & JORDAN, LLP
655 West Broadway, Suite 840
San Diego, CA 92101
Ph. (619) 237-5400
Facsimile (619) 238-5597

FILED
2008 AUG 15 PM 4:31
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

'08 CV 1501 H AJB

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEGIS SECURITY INSURANCE COMPANY, a Pennsylvania corporation;<br><br>Plaintiffs,<br><br>v.<br><br>MARK J. MCINTYRE, an individual;<br>QAMAR S. KHAN, an individual,<br><br>Defendants. | CASE NO.<br><br>**PLAINTIFF AEGIS SECURITY INSURANCE COMPANY'S NOTICE OF PARTY WITH FINANCIAL INTEREST** |

///

///

///

1  PLEASE TAKE NOTICE, that pursuant to Rule 7.1 of the Federal Rules of
2  Civil Procedure and Rule 40.2 of the local rules for the United States District Court
3  for the Southern District of California, plaintiff Aegis Security Insurance Company
4  identifies the following entity as its parent corporation and sole shareholder:

Aegis Security, Inc.

Dated: August 15, 2008         **MUNRO SMIGLIANI & JORDAN, LLP**

By: _____
R. Michael Jordan, Esq.
David M. Plouff, Esq.
Attorneys for Plaintiff Aegis Security
Insurance Company